UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates To:**

*Vera Conner, et al. v. Bayer HealthCare Pharmaceuticals Inc. et al.*          No. 11-cv-13149-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on May 20, 2013 (Doc. 9) and the Stipulation of Dismissal filed on October 1, 2015, the above captioned case is **DISMISSED** with prejudice.  Each party shall bear their own costs.

                                              **JUSTINE FLANAGAN,**
                                              **ACTING CLERK OF COURT**

                                              **BY:**  */s/Caitlin Fischer*
                                                         **Deputy Clerk**

Digitally signed by
David R. Herndon
Date: 2015.10.01
16:02:39 -05'00'

APPROVED:
       DISTRICT JUDGE
       U. S. DISTRICT COURT